IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY T. MACMILLAN, M.D., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 08-2654-CM-DJW |
| MIDWEST DIVISION – OPRMC, LLC, et al., | ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gustav Riemer (hereinafter referred to as "Riemer"), by and through counsel of record, advises the Court that all of Riemer's claims against Defendant Midwest Division – OPRMC, LLC d/b/a Overland Park Regional Medical Center ("OPRMC") have been fully resolved and settled. It is therefore stipulated and agreed by Riemer and OPRMC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Riemer's claims against OPRMC shall be dismissed, with prejudice, with the parties to bear their own costs.

The parties understand that this Stipulation shall take effect without further order of the Court.

Respectfully submitted,

*/s/ Bruce Keplinger*
Bruce Keplinger                                    KS #09562
Norris & Keplinger, L.L.C.
Financial Plaza II
6800 College Blvd., Suite 630
Overland Park, KS 66211-1556
bk@nkfirm.com

Attorneys for Plaintiff Gustav Riemer

{0132526.DOC}2592972.01

/s/ James M. Humphrey

| | |
|---|---|
| Thomas G. Kokoruda | KS #22293 |
| James M. Humphrey | KS Fed. #70664 |

Polsinelli Shughart PC
120 W. 12th Street, Suite 1700
Kansas City, MO 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
tkokoruda@polsinelli.com
jhumphrey@polsinelli.com

Attorneys for Defendant
Midwest Division – OPRMC, LLC d/b/a Overland Park Regional Medical Center